UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM W. PRICE, III and MICHELE
ANN PRICE, husband and wife,

     Plaintiffs,

vs.                      Case No. 3:12-cv-183-J-12TEM

UNITED STATES OF AMERICA,

     Defendant.

_____

## ORDER

This cause is before the Court on the Notice of Settlement (Doc. 15), filed April 22, 2013, by Defendant, advising the Court that the parties have reached a settlement and resolution of this action.  Upon review of the Notice of Settlement and the docket in this case, it is

**ORDERED:**

1.    The parties shall have until **June 24, 2013**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement documents or a request for additional time by the **June 24, 2013**, deadline, this case automatically will be deemed to be dismissed without prejudice.

3.    The Clerk of the Court is directed to terminate any pending motions, hearings or deadlines, and to administratively close this case pending further Order of the Court .

**DONE AND ORDERED** in Jacksonville, Florida, this _22nd_ day of April, 2013.

MARCIA MORALES HOWARD
United States District Judge

Copies to:   Counsel of Record

-2-