**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM W. PRICE, III and
MICHELLE ANN PRICE,

        Plaintiffs,

v.                                           Case No. 3:12-cv-183-J-12TEM

UNITED STATES OF AMERICA,

        Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the Stipulation of Dismissal (Dkt. No. 18; Stipulation) filed on June 24, 2013.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own respective costs and attorneys' fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of June 2013.

                                                    **MARCIA MORALES HOWARD**
                                                    United States District Judge

ja

Copies to:

Counsel of Record